UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KENNETH S. SPENCER, JR., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Civil No. 12-42 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, | ) ) ) |
| Defendant. | ) ) ) |

# ORDER AND JUDGMENT

In accordance with the Memorandum Opinion issued this date, it is hereby

**ORDERED** that final judgment is entered in favor of all plaintiffs except for Willard Howell and against defendant; and it is further

**ORDERED** that the plaintiffs directly injured in the Marine barracks bombing in Beirut are awarded $17,111,376 in compensatory damages and $58,863,133.44 in punitive damages, for a total award of $75,974,509.44 to be distributed as follows

| Plaintiff name | Pain and suffering damages | Economic damages | Punitive damages |
|---|---|---|---|
| Kenneth Spencer, Jr.[1] | $2,000,000 | $0 | $6,880,000 |
| Samuel P. Rice | $1,500,000 | $0 | $5,160,000 |
| Steven Joseph Diaz | $2,000,000 | $0 | $6,880,000 |
| Estate of David Brown | $0 | $889,752 | $3,060,746.88 |
| Estate of Jesse James Ellison | $0 | $721,624 | $2,482,386.56 |
| Robert Sword | $1,500,000 | $0 | $5,160,000 |

---

[1] In some instances, there are discrepancies between the spelling of plaintiff names adopted in the special master reports and those in materials submitted by the plaintiffs. For purposes of this Order and the accompanying Memorandum Opinion issued this date, the Court has adopted the spellings used in the plaintiffs' first amended complaint and in the affidavits submitted in support of their motion for default judgment. First Am. Compl. For Damages, ECF No. 15; Pl.'s Memo. Of Points and Authorities in Support of their Renewed Mot. for Entry of Default J., ECF No. 32.

| | | | | |
|---|---|---|---|---|
| Steven Sibille | $1,500,000 | | $0 | $5,160,000 |
| Donald Howell | $7,000,000 | | $0 | $24,080,000 |

It is further **ORDERED** that the plaintiffs who are family members of those directly injured in the barracks bombing are awarded $85,050,000 in compensatory damages and $292,572,000 in punitive damages, for a total award of $377,622,000 to be distributed as follows

| Plaintiff name | Relative | Relationship to relative | Solatium damages | Punitive damages |
|---|---|---|---|---|
| Frances Spencer | Kenneth Spencer, Jr. | Parent | $1,000,000 | $3,440,000 |
| Estate of Kenneth Spencer, Sr. | Kenneth Spencer, Jr. | Parent | $1,000,000 | $3,440,000 |
| Amy Morrow | Kenneth Spencer, Jr. | Sibling[2] | $650,000 | $2,236,000 |
| Karen Brown | Kenneth Spencer, Jr. | Sibling | $650,000 | $2,236,000 |
| Kris Boerger | Kenneth Spencer, Jr. | Sibling | $650,000 | $2,236,000 |
| Samuel O. Rice | Samuel P. Rice | Parent | $850,000 | $2,924,000 |
| Belinda Rice | Samuel P. Rice | Parent | $850,000 | $2,924,000 |
| Amy Cogswell | Samuel P. Rice | Sibling | $500,000 | $1,720,000 |
| David Rice | Samuel P. Rice | Sibling | $500,000 | $1,720,000 |
| Todd Rice | Samuel P. Rice | Sibling | $500,000 | $1,720,000 |
| Valerie Trail | Samuel P. Rice | Sibling | $500,000 | $1,720,000 |
| Daniel Rice | Samuel P. Rice | Sibling | $500,000 | $1,720,000 |
| Lisa Schultz | Samuel P. Rice | Sibling | $500,000 | $1,720,000 |
| Steven James Diaz | Steven Joseph Diaz | Child | $900,000 | $3,096,000 |
| Jane Astrid Diaz | Steven Joseph Diaz | Former Spouse | $1,250,000 | $4,300,000 |
| Robert Diaz | Steven Joseph Diaz | Parent | $1,000,000 | $3,440,000 |
| Teresa Diaz | Steven Joseph Diaz | Parent | $1,000,000 | $3,440,000 |
| Magdalena Mary Diaz | Steven Joseph Diaz | Sibling | $650,000 | $2,236,000 |
| Raul Diaz | Steven Joseph Diaz | Sibling | $650,000 | $2,236,000 |
| Edward Diaz | Steven Joseph Diaz | Sibling | $650,000 | $2,236,000 |

---

[2] The designation "sibling" in this Order includes half-brothers and half-sisters.

| | | | | |
|---|---|---|---|---|
| Estate of Daniel P. Diaz | Steven Joseph Diaz | Sibling | $650,000 | $2,236,000 |
| Carmella Wood | John Weyl | Parent | $5,000,000 | $17,200,000 |
| Patsy McEntire | David Brown | Parent | $6,000,000 | $20,640,000 |
| Lewis Brown | David Brown | Parent | $5,000,000 | $17,200,000 |
| Lisa Maybin | David Brown | Sibling | $2,500,000 | $8,600,000 |
| Ronny Brown | David Brown | Sibling | $2,500,000 | $8,600,000 |
| Cynthia Burt | David Brown | Sibling | $2,500,000 | $8,600,000 |
| Estate of Therisa Edwards | David Brown | Sibling | $2,500,000 | $8,600,000 |
| Estate of Andres Alvarado Mirbal | Pedro Alvarado | Parent | $3,500,000 | $12,040,000 |
| Estate of Nerida Tull Baez | Pedro Alvarado | Parent | $3,500,000 | $12,040,000 |
| Estate of Margaret O'Brien | Jeffrey O'Brien | Parent | $850,000 | $2,924,000 |
| Mitchell Anderson | Jack Anderson | Sibling | $1,250,000 | $4,300,000 |
| Estate of Virginia Ellison | Jesse James Ellison | Parent | $5,000,000 | $17,200,000 |
| Estate of Kenneth Ellison | Jesse James Ellison | Parent | $5,000,000 | $17,200,000 |
| Kimberly Carlson | Jesse James Ellison | Sibling | $2,500,000 | $8,600,000 |
| Gary Carlson | Jesse James Ellison | Sibling | $2,500,000 | $8,600,000 |
| Daniel Carlson | Jesse James Ellison | Sibling | $2,500,000 | $8,600,000 |
| William Carlson | Jesse James Ellison | Sibling | $2,500,000 | $8,600,000 |
| Penny Nelson | Jesse James Ellison | Sibling | $2,500,000 | $8,600,000 |
| Beulah Sword | Robert Sword | Parent | $850,000 | $2,924,000 |
| William Sword | Robert Sword | Sibling | $500,000 | $1,720,000 |
| John Sword | Robert Sword | Sibling | $500,000 | $1,720,000 |
| Jerry Sword | Robert Sword | Sibling | $500,000 | $1,720,000 |
| Caroline Broadwine | Robert Sword | Sibling | $500,000 | $1,720,000 |
| Estate of Verian Sibille | Steven Sibille | Parent | $850,000 | $2,924,000 |
| Estate of Victor Sibille, Jr. | Steven Sibille | Parent | $850,000 | $2,924,000 |
| Victor Sibille IV | Steven Sibille | Sibling | $500,000 | $1,720,000 |
| Kevin Sibille | Steven Sibille | Sibling | $500,000 | $1,720,000 |
| Valerie Unkel | Steven Sibille | Sibling | $500,000 | $1,720,000 |
| Pamela Schultz | Steven Sibille | Sibling | $500,000 | $1,720,000 |
| Stephanie Hardy | Steven Sibille | Sibling | $500,000 | $1,720,000 |

| Mary Jane Howell | Donald Howell | Parent | $2,500,000 | $8,600,000 |
| Ronald Howell | Donald Howell | Sibling | $1,250,000 | $4,300,000 |
| Donna Black | Donald Howell | Sibling | $1,250,000 | $4,300,000 |

It is further **ORDERED** that defendant shall be liable for the entire $453,596,509.44 amount set forth above; and it is further

**ORDERED** that final judgment as to Willard Howell is hereby entered dismissing his claim for damages; and it is further

**ORDERED** that plaintiffs shall forthwith, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the Memorandum Opinion issued this date, to defendant.

This is a final, appealable order. *See* Fed. R. App. P. 4(a).

It is **SO ORDERED**.

Signed by Royce C. Lamberth, United States District Judge, on October 14, 2014.